1
2
3
4
5              IN THE UNITED STATES DISTRICT COURT
6           FOR THE EASTERN DISTRICT OF CALIFORNIA
7
8    Scott N. Johnson,                )
                                      )    2:11-cv-02849-GEB-CKD
9              Plaintiff,             )
                                      )
10        v.                          )    ORDER RE: SETTLEMENT AND
                                      )    DISPOSITION
11                                    )
    Payless Shoesource, Inc.,         )
12                                    )
              Defendant.              )
13   _____ )
14        Plaintiff filed a "Notice of Settlement" on March 27, 2012, in
15   which he states, "the parties have settled this action[, and
16   d]ispositional documents will be filed within (30) calendar days." (ECF
17   No. 13.)
18        Therefore, a dispositional document shall be filed no later
19   than April 27, 2012. Failure to respond by this deadline may be
20   construed as consent to dismissal of this action without prejudice, and
21   a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to
22   file dispositional papers on the date prescribed by the Court may be
23   grounds for sanctions.").
24        Further, the Status Conference scheduled for hearing on April
25   23, 2012, is continued to May 21, 2012, commencing at 9:00 a.m., in the
26   event no dispositional document is filed, or if this action is not
27
28

                                   1

1  otherwise dismissed.[1]  A joint status report shall be filed fourteen (14)

2  days prior to the Status Conference.

3          IT IS SO ORDERED.

4  Dated:  March 28, 2012

5

6  _____
   GARLAND E. BURRELL, JR.

7  United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25  _____

26      [1]    The Status Conference will remain on calendar, because the
   mere representation that a case has been settled does not justify
27  vacating a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890
   (9th Cir. 1987) (indicating that a representation that claims have been
28  settled does not necessarily establish the existence of a binding
   settlement agreement).